SAN ANTONIO, TEXAS 78205- 3037

MARCUS EVERETTE HARPER,          §
    Plaintiff/Appellant.       §  COURT OF APPEALS NO: 04-15-00489-CV

V.                               §

TEXAS DEPARTMENT OF              §  TRIAL COURT CASE NO: 97,305-C
CRIMINAL JUSTICE,et, al,
    Defendants.                §

                    §

## ADDENDUM MOTION FOR

## INTERLOCUTORY APPEAL

## DOCKETING STATEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now MARCUS E.HARPER herafter preferred to as Plaintiff/ Appellant hereby move to proceed under docketing statement TEX.R. APP.P.32.

On 23 day of August 2015 Appellant filed his docketing statement but left out the claim for relief.

### CLAIMS FOR RELIEF

1) Plaintiff ask that this honorable Court appoint counsel and allow immediate discovery in this (what will be) an extremely difficltmedical medical negligence/malpractice and gross negligence safety violations cause

2) Plaintiff asks for jury trial to present his claims for full and equitable relief under T.T.C.A.§101 and medical liabilty's (see also §33.013)

3) Plaintiff seeks compensatory damages against each defendat both jointly and severally for his past, present, and future-pain suffering mental anguish and for the permanent scaring and disfigurement done to his body.

4) Plaintiff seeks punitive damages against ech defendant both jointly and severally to prevent defendant from allowing these types of grossly negligent safety violations to continue to injure and disfigure inmates in their charge in the future.

5) Plaintiff seeks legal fees and compensation for his time and effort in having to prsecute this cause of action due to prison officals malice and vindictiveness and unwillingness to resolve this claim.

6) Plaintiff seeks any additional relief which this Honorable Court or the jury deem just proper and equitable.

1

I Marcus Everette Harper # 692332, being presently incarcerated in Bill Clements Unit does hereby declare that all of the foregoing is true and correct to the best of knwledge and recolecion under penaly of perjury (28 U.S.C.§ 1749) On 30 day of August 2015  sworn executed.

Marcus Everette Harper #692332
Bill Clements Unit
9601 Spur 591
Amarillo Tx 79107

2

Clerk of the Court
Court of Appeals
Fourth District
Cadena-Reeves Justice Center
San Antonio, Tx 78205-3037

Date: 8-30-2015
Court of Appeals no: 04-15-00489-CV
Trial Court case no: 97,305-C



Could you bring this motion ~~an~~ addendum to interlocutory docketing Statement to the Honorable Judge of this Court and file thank You.

Marcus Harper #692332
Marcus Harper
Bill Clements Unit
9601 Spur 591
Amarillo, Tx 79107

2012 SEP -8 PM 1: 15

Marcus Harper #GA0332
Bill Clemens Unit
9601 Spur 591
Amarillo, TX 79107

AMARILLO TX 791

03 SEP 2015 PM 2 L

Clerk of the Court
Court of Appeals Fourth District
Fourth District 300 Dolorosa St Rm 3200
Cadena-Reeves Justice Center
San Antonio, TX 78205-3037

78205§3037

KEITH E. HOTTLE, CLERK

Keith E. Hall

2015 SEP -8 PM 1: 12

FILED
IN THE COURT OF APPEALS
4TH SAN ANTONIO, TEXAS

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION